**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE: ANTHONY JAMES BUSA | : | CASE NO.:  17-34526-JKS |
|  | : |  |
| Debtors. | : | CHAPTER 13 |

## **ORDER**

AND NOW, this _____ day of _____, 2018, upon consideration of the Application of Attorney for Chapter 13 Debtors for Administrative Compensation and Reimbursement of Expenses in Accordance with L.B.R. 2016-1, it is hereby ORDERED that the Application is GRANTED.