Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17–34526–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Anthony James Busa
    7405 Fieldstone Drive
    Mount Arlington, NJ 07856

Social Security No.:
    xxx–xx–1351

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:        4/12/18
Time:        11:00 AM
Location:     Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Patrick James Best, Debtor's Attorney

COMMISSION OR FEES
$2,581.35

EXPENSES

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: March 22, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-34526-JKS
Anthony James Busa                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin          Page 1 of 2        Date Rcvd: Mar 22, 2018
                           Form ID: 137          Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2018.
db          +Anthony James Busa,   7405 Fieldstone Drive,   Mount Arlington, NJ 07856-1457
cr          +AIS Portfolio Services, LP Attn: Exeter Finance LL,   PO BOX 165028,   Irving, TX 75016-5028
517262657    American Express Centurion Bank,   c/o Becket and Lee LLP,   PO BOX 3001,
              Malvern PA 19355-0701
517214150    Amex,   PO Box 297871,   Fort Lauderdale, FL  33329-7871
517214149    Amex,   Correspondence,   PO Box 981540,   El Paso, TX  79998-1540
517214151   #Andrea Minichini,   10440 NW 74th St,   Doral, FL  33178-2484
517278329   +Atlantic Neurosurgical Specialists,   c/o Fein Such Kahn & Shepard, PC,
              7 Century Dr., Suite 201,   Parsippany, NJ 07054-4609
517214152   +Atlantic Neurosurgical Specialists,   310 Madison Ave Ste 300,   Morristown, NJ 07960-6996
517214155   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bankamerica,   PO Box 982238,   El Paso, TX  79998-2238)
517214154   #Bank of America,   NC4-102-03-14,   PO Box 26012,   Greensboro, NC  27420-6012
517214153   #Bank of America,   NC4-105-03-14,   PO Box 26012,   Greensboro, NC  27420-6012
517263649    Bank of America, N.A.,   P.O. BOX 31785,   Tampa, FL 33631-3785
517297634   +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
517214156    Bk of Amer,   4909 Savarese Cir,   Tampa, FL  33634-2413
517214161   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,   15000 Capital One Dr,   Richmond, VA  23238-1119)
517214162    Capital One,   Attn: Bankruptcy,   PO Box 30253,   Salt Lake City, UT  84130-0253
517323006    Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517214163    Chase Auto,   PO Box 901003,   Fort Worth, TX  76101-2003
517214164    Chase Auto Finance,   PO Box 78070,   Phoenix, AZ  85062-8070
517214166    Chase Card,   PO Box 15298,   Wilmington, DE  19850-5298
517214165    Chase Card,   Attn: Correspondence Dept,   PO Box 15298,   Wilmington, DE  19850-5298
517214167    Citibank/the Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   PO Box 790040S,
              Louis, MO  63129
517214168    EZ Pass,   PO Box 4972,   Trenton, NJ  08650-4972
517310709   +JCP&L,   First Energy,   101 Crawford's Corner Rd.,   Bldg. #1, Ste. 1-511,
              Holmdel, NJ 07733-1976
517214171   ++JERSEY CENTRAL POWER AND LIGHT COMPANY,   BUILDING 3,   331 NEWMAN SPRINGS ROAD,
              RED BANK NJ 07701-6771
             (address filed with court: Jersey Central Power & Light,   PO Box 3687,
              Akron, OH  44309-3687)
517214172    John J. Sheerin, Esq.,   Mullooly, Jeffrey, Rooney & Flynn LLP,   6851 Jericho Tpke Ste 220,
              Syosset, NY  11791-4449
517214175    Lucia Busa,   7405 Fieldstone Dr,   Mount Arlington, NJ  07856-1457
517214177    Marriott Ownership Res,   1200 Bartow Rd Ste A,   Lakeland, FL  33801-5901
517214181    NJ Natural Gas,   PO Box 11743,   Newark, NJ  07101-4743
517214178    Nationwide Credit Inc.,   PO Box 14581,   Des Moines, IA  50306-3581
517214179    Navient,   123 S Justison St Ste 30,   Wilmington, DE  19801-5360
517214182    Northwest Radiology Associates,   400 W Blackwell St,   Dover, NJ  07801-2525
517214183    Pioneer Credit Recovery Inc,   PO Box 1018,   Moorestown, NJ  08057-0018
517214184    RCS Collections LLC,   7714 Matthews Mint Hill Rd Ste H,   Mint Hill, NC  28227-7598
517214185   +Roxbury Water Company,   79 Sunset Strip,   Succasunna, NJ 07876-1368
517258431   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,   Division of Taxation,   P.O. Box 245,
              Trenton, NJ 08695-0245)
517214186    Selip & Stylianou. LLP,   PO Box 9004,   Woodbury, NY  11797-9004
517214187    St. Clares Hospital & Health Center,   415 W 51st St,   New York, NY  10019-6301
517214188    State Of NJ Dept of Treasury,   Division of Taxation,   50 Barrack St,
              Trenton, NJ  08608-2006
517214189   +Sylvia Goldblatt, Esq.,   Fein, Such, Kahn & Shepard PC,   7 Century Dr Ste 201,
              Parsippany, NJ 07054-4673
517214192    Thd/Cbna,   PO Box 6497,   Sioux Falls, SD  57117-6497
517345960    US DEPARTMENT OF EDUCATION,   CLAIMS FILING UNIT,   PO BOX 8973,   MADISON, WI 53708-8973
517214193    US Dept of Ed/Glelsi,   PO Box 7860,   Madison, WI  53707-7860
517214194    US Dept of Ed/Great Lakes Higher Educati,   Attn: Bankruptcy,   2401 International Ln,
              Madison, WI  53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 22 2018 23:20:30   U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 22 2018 23:20:27   United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr          +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2018 23:22:52
              Synchrony Bank, c/o PRA Recievables Management, LL,   POB 41021,   Norfolk, VA 23541-1021
517221619   +E-mail/Text: acg.acg.ebn@americaninfosource.com Mar 22 2018 23:23:51
              BMW Bank of North America,   AIS Portfolio Services, LP,   P.O. Box 165028,
              Irving, TX 75016-5028
517295164    E-mail/PDF: ais.bmw.ebn@americaninfosource.com Mar 22 2018 23:22:53
              BMW Financial Services NA, LLC,   P.O. Box 3608,   Dublin, OH  43016

District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Mar 22, 2018
                             Form ID: 137             Total Noticed: 67

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517214157        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Mar 22 2018 23:23:24        Bmw Financial Services,
                 5515 Parkcenter Cir,   Dublin, OH  43017-3584
517214158        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Mar 22 2018 23:22:50        Bmw Financial Services,
                 Attn: Bankruptcy Department,   PO Box 3608,   Dublin, OH  43016-0306
517214159        E-mail/Text: bcwrtoff@cablevision.com Mar 22 2018 23:21:12        Cablevision,
                 200 Jericho Quadrangle,   Jericho, NY  11753-2701
517214160        E-mail/Text: cms-bk@cms-collect.com Mar 22 2018 23:20:13        Capital Management Services LP,
                 698 1/2 South Ogden Street,   Buffalo, NY  14206-2317
517307840       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Mar 22 2018 23:21:11
                 Hyundai Lease Titling Trust,   PO Box 20809,   Fountain Valley, CA 92728-0809
517214169        E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Mar 22 2018 23:21:11
                 Hyundai Motor Finance,   Attn: Bankruptcy,   PO Box 20809,   Fountain Valley, CA  92728-0809
517214170        E-mail/Text: cio.bncmail@irs.gov Mar 22 2018 23:20:06        Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA  19101-7346
517322987       +E-mail/Text: bk.notifications@jpmchase.com Mar 22 2018 23:20:16        JPMorgan Chase Bank, N.A.,
                 PO Box 29505 AZ1-1191,   Phoenix, AZ 85038-9505
517214173        E-mail/Text: bnckohlsnotices@becket-lee.com Mar 22 2018 23:19:50        Kohls/Capital One,
                 Kohls Credit,   PO Box 3043,   Milwaukee, WI  53201-3043
517214174       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 22 2018 23:19:50        Kohls/capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
517214176        E-mail/Text: MVCIB@VACATIONCLUB.COM Mar 22 2018 23:20:29        Marriott Ownership,
                 1200 Bartow Rd Ste 14,   Lakeland, FL  33801-5901
517318410       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 22 2018 23:20:26        Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
517214180        E-mail/PDF: pa_dc_claims@navient.com Mar 22 2018 23:23:22        Navient,   Attn: Claims Dept,
                 PO Box 9500,   Wilkes Barre, PA  18773-9500
517302816        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 22 2018 23:23:19
                 Portfolio Recovery Associates, LLC,   c/o The Home Depot Consumer,   POB 41067,
                 Norfolk VA 23541
517314546        E-mail/PDF: pa_dc_claims@navient.com Mar 22 2018 23:22:49        SLM BANK c/o,
                 Navient Solutions, LLC,   PO BOX 9640,   Wilkes-Barre, PA 18773-9640
517214190        E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2018 23:22:52        Syncb/Sams Club DC,
                 PO Box 965005,   Orlando, FL  32896-5005
517215873       +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2018 23:22:52        Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517214191        E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2018 23:22:52        Synchrony Bank/Sams Club,
                 Attn: Bankruptcy,   PO Box 965060,   Orlando, FL  32896-5060
                                                                                        TOTAL: 23

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2018 at the address(es) listed below:
        Marie-Ann  Greenberg    magecf@magtrustee.com
        Patrick James Best    on behalf of Debtor Anthony James Busa Patrick@armlawyers.com,
        kevin@armlawyers.com;kate@armlawyers.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 3